# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL McCORMACK**                                                                    **PLAINTIFF**
**ADC #141771**

v.                                    **4:22-cv-00191-BRW-JJV**

**DEXTER PAYNE, Director, ADC;** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE. All relief sought is denied, and the case is CLOSED. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of April, 2022.

                                                        BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE